(May 6, 1971)

In the Matter of MARGARET GREGG, Respondent, v. THOMAS F. McCOY, as State Administrator of the Judicial Conference of the State of New York, Appellant.—

Concur — McGivern, J. P., Nunez, McNally, Steuer and Eager, JJ.